DAVID L. HOPPER, a Minor, By and Through His Mother, Una M. Hopper, Appellant, v. CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, Respondent.

No. 7077

October 25, 1973　　　　　　　　514 P.2d 1294

*Wiener, Goldwater & Galatz, Ltd.,* and *J. Charles Thompson,* of Las Vegas, for Appellant.

*Rose, Norwood & Edwards, Ltd.,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

This action to recover damages for personal injuries was dismissed for failure of the plaintiff to file a claim within six months of the accrual of his cause of action as mandated by NRS 41.036(2). Subsequent to that dismissal, this court handed down Turner v. Staggs, 89 Nev. 230, 510 P.2d 879 (1973), which held such claim statutes to be unconstitutional. By reason of that decision we are compelled to reverse and remand for further proceedings.